UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. SA CR 13-00108-CJC |
| Plaintiff, | ) ) ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| v. | ) ) | |
| RUBEN LEMUS, | ) ) | |
| Defendant. | ) ) ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*nature of current allegations including commission of another offense, positive drug test and*

*admitted drug use; criminal history including nature of underlying conviction*

and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *nature of current allegations including commission of another offense, positive drug test and admitted drug use; criminal history including nature of underlying conviction*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 2-28-18

JOHN D. EARLY
United States Magistrate Judge

2